**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|  |  |
|---|---|
| OUTMEMPHIS; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4,<br><br>   Plaintiffs,<br><br>   v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as the Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation; and FRANK STRADA, in his official capacity as Commissioner of the Tennessee Department of Correction,<br><br>   Defendants. | No. 2:23-CV-2670 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendant Out Memphis makes the following disclosures:

1. Out Memphis, is a certified 501(c)3 not-for-profit corporate entity organized and existing under the laws of the State of Tennessee.

2. Out Memphis has no corporate parents and no publicly held company owns 10% or more of its stock.

Dated: October 24, 2023

        Respectfully submitted,

        /s/ Jeff Preptit
        Jeff Preptit (BPR No. 038451)

1

Stella Yarbrough (BPR No. 033637)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. BOX 120160
NASHVILLE, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alexis Agathocleous* (NY Bar 4227062)
Alexis Alvarez* (NY Bar 5854278)
Jon W. Davidson* ** (CA Bar 89301)
Rachel Meeropol* (NY Bar 4100954)
American Civil Liberties Union
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
RMeeropol@aclu.org

Lynly S. Egyes* (NY Bar 4838025)
Milo Inglehart* (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: (510) 587-9696 Ext. 353
Milo@transgenderlawcenter.org

Dale Melchert* (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org

*Pro Hac Vice application forthcoming
**Admitted only in California

2