IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| OUTMEMPHIS; JANE DOE #1; JANE DOE #2; JANE DOE #3; and JANE DOE #4,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation; and FRANK STRADA, in his official capacity as Commissioner of the Tennessee Department of Correction,<br><br>    Defendants. | No. 2:23-cv-2670-SHL-cgc |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, filed November 9, 2023. (ECF No. 21.) Because service was effectuated on October 26, 2023, the current deadline appears to be November 16, 2023. (See ECF Nos. 9–12.) Defendants request an additional twenty-one days to respond, resulting in a new deadline of December 7, 2023. (ECF No. 21 at PageID 168.)

In support of their motion, Defendants assert that an extension is warranted given the length of the complaint and the complexity and seriousness of Plaintiffs' allegations. (Id. at PageID 167.) Moreover, Defendants contend that Plaintiffs' use of pseudonyms in the complaint has hampered Defendants' ability to respond. (Id. at PageID 168.)

Given Plaintiffs' lack of opposition, the Court finds good cause and **GRANTS** the Motion. The new deadline for Defendants to respond to Plaintiffs' complaint is now **December 7, 2023.**

**IT IS SO ORDERED,** this 13th day of November, 2023.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE