*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff OUTMEMPHIS; JANE DOE 1; JANE DOE 2; JANE DOE 3; and JANE DOE 4 | |
|---|---|
| Defendant BILL LEE; JONATHAN SKRMETTI; DAVID RAUSCH; and FRANK STRADA | |
| Case Number Civil Case No. 2:23-cv-02670-SHL | Judge LIPMAN |

I, Dale Melchert, hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of the Plaintiffs: OutMemphis, Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4  by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| New York State Bar No. 5366554 | 10/14/2015 |
| Supreme Court of the United States Bar No. 310392 | 07/15/2019 |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name<br>Melchert | First Name<br>Dale | Middle Name/Initial |
|---|---|---|
| Applicant's Firm Name<br>Transgender Law Center | | |
| Applicant's Address<br>PO Box 70976 | | Room/Suite Number |
| City    Oakland | State    CA | Zip Code    94612 |
| Applicant's Email Address    dale@transgenderlawcenter.org | | |
| Applicant's Phone Number(s)    (510) 587-9696 x354 | | |

## Certificate of Consultation

| Date | Electronic Signature of Applicant<br>*S/ Dale Melchert* |
|---|---|



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

*I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## *Dale Melchert*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on October 14, 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 14, 2023.*

*Acting Clerk of the Court*

*CertID-00146786*



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Dale Melchert

Admission date: 04/12/2022

was admitted to practice in this court
and is in good standing.

Dated: November 13, 2023