UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as the Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation; and FRANK STRADA, in his official capacity as Commissioner of the Tennessee Department of Correction,<br><br>　　　　Defendants. | Civil Case No. 2:23-cv-02670-SHL<br><br>Chief Judge Lipman<br><br>Magistrate Judge Claxton |

## **NOTICE OF APPEARANCE**

Please take notice that Stella Yarbrough, ACLU Foundation of Tennessee, is entering an appearance on behalf of all plaintiffs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Stella Yarbrough*
　　　　　　　　　　　　　　　　　　Stella Yarbrough, BPR No. 33637
　　　　　　　　　　　　　　　　　　Jeff Preptit, BPR No. 038451
　　　　　　　　　　　　　　　　　　Lucas Cameron-Vaughn, BPR No. 036284
　　　　　　　　　　　　　　　　　　ACLU Foundation of Tennessee
　　　　　　　　　　　　　　　　　　P.O. BOX 120160
　　　　　　　　　　　　　　　　　　Nashville, TN 37212
　　　　　　　　　　　　　　　　　　615.320.7142
　　　　　　　　　　　　　　　　　　syarbrough@aclu-tn.org
　　　　　　　　　　　　　　　　　　jpreptit@aclu-tn.org
　　　　　　　　　　　　　　　　　　lucas@aclu-tn.org

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I certify that on November 21, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served via electronic mail to:

Cody Nash Brandon
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
615-532-7400
cody.brandon@ag.tn.gov

David M. Rudolph
Tennessee Attorney General's Office
One Commerce Square
40 South Main Street
Suite 1014
Memphis, TN 38103-1877
901-543-4162
David.Rudolph@ag.tn.gov

John Ross Glover
Tennessee Attorney General's Office
500 Charlotte Avenue
Nashville, TN 37202
615-253-1103
john.glover@ag.tn.gov

*Attorneys for Defendants*

          /s/ *Stella Yarbrough*
          Stella Yarbrough