# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| **OUTMEMPHIS; JANE DOE #1;** ) <br> **JANE DOE #2; JANE DOE #3; and** ) <br> **JANE DOE #4;** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **BILL LEE, in his official capacity as** ) <br> **Governor of Tennessee; JONATHAN** ) <br> **SKRMETTI, in his official capacity as** ) <br> **Attorney General and Reporter of** ) <br> **Tennessee; DAVID RAUSCH, in his** ) <br> **official capacity as Director of the** ) <br> **Tennessee Bureau of Investigation; and** ) <br> **FRANK STRADA, in his official capacity** ) <br> **as Commissioner of the Tennessee** ) <br> **Department of Correction;** ) <br> ) <br>     **Defendants.** ) <br> ) | Case No. 2:23-cv-02670 <br><br> Chief Judge Lipman <br><br> Magistrate Judge Claxton |

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Governor of the State of Tennessee, Bill Lee, and Director of the Tennessee Bureau of Investigation, David B. Rausch, Tennessee Attorney General and Reporter, Jonathan Skrmetti, and Commissioner of the Tennessee Department of Correction, Frank Strada, hereby move under Fed. R. Civ. P. 6(b) for an extension of time in which to respond to the complaint, up to and including January 12, 2024.

Good cause exists for the requested extension. The parties have met and conferred multiple times to discuss a number of threshold matters in this case, including discovery planning and

1

ongoing good faith discussions regarding Defendants' need to know the identities of Plaintiffs Jane Does #1-4, without which Defendants cannot fully respond to the allegations in this case. The Parties are in the process of finalizing a temporary protective order for filing that will facilitate Defendants' ability to learn these identities, investigate the allegations, and respond to the complaint. To that end, counsel for Defendants have consulted with counsel for Plaintiffs regarding this issue, as well as the requested extension up to and including January 12, 2024. Counsel for Plaintiffs do not oppose this motion, and the parties agree that the extension is appropriate and in the best interests of the case.

        Respectfully submitted,

        JONATHAN SKRMETTI
        Attorney General and Reporter

        */s/ John R. Glover*
        CODY N. BRANDON (BPR# 037504)
        Managing Attorney
        Assistant Attorney General

        JOHN R. GLOVER (BPR# 037772)
        Assistant Attorney General

        DAVID RUDOLPH (BPR# 13402)
        Senior Assistant Attorney General

        Law Enforcement &
        Special Prosecutions Division
        Office of the Tennessee
        Attorney General & Reporter
        PO Box 20207
        Nashville, TN  37202
        Off. (615) 532-2552
        Fax (615) 532-4892
        Cody.Brandon@ag.tn.gov
        John.Glover@ag.tn.gov
        David.Rudolph@ag.tn.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 6th day of December 2023, upon:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alexis Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclu.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org

                                              s/ *John R. Glover*
                                              JOHN R. GLOVER