IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS; JANE DOE #1; JANE DOE #2; JANE DOE #3; and JANE DOE #4,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation; and FRANK STRADA, in his official capacity as Commissioner of the Tennessee Department of Correction,<br><br>    Defendants. | No. 2:23-cv-2670-SHL-cgc |

**ORDER GRANTING DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendants' Unopposed Second Motion for Extension of Time to Respond to Complaint, filed December 6, 2023.  (ECF No. 42.)  The Court previously granted a motion that extended the response deadline by twenty-one days, resulting in the current deadline of December 7, 2023.  (ECF No. 28.)  Defendants seek to extend that deadline until January 12, 2024.  (ECF No. 42 at PageID 215.)

In support of their motion, Defendants state that they are in the process of finalizing a temporary protective order that will facilitate Defendants' ability to learn the identities of the Jane Doe plaintiffs, investigate the allegations, and respond to the complaint.  (Id. at PageID 216.)

Given Plaintiffs' lack of opposition, the Court finds good cause and **GRANTS** the Motion. The new deadline for Defendants to respond to Plaintiffs' complaint is now **January 12, 2023**. However, no further extensions will be granted absent extraordinary circumstances.

**IT IS SO ORDERED,** this 7th day of December, 2023.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE