IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | | |
|---|---|---|
| **OUTMEMPHIS; JANE DOE #1; JANE DOE #2; JANE DOE #3; and JANE DOE #4;** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-02670 |
| **BILL LEE**, in his official capacity as Governor of Tennessee; **JONATHAN SKRMETTI**, in his official capacity as Attorney General and Reporter of Tennessee; **DAVID RAUSCH**, in his official capacity as Director of the Tennessee Bureau of Investigation; and **FRANK STRADA**, in his official capacity as Commissioner of the Tennessee Department of Correction; | ) ) ) ) ) ) ) ) ) ) ) | Chief Judge Lipman<br><br>Magistrate Judge Claxton |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION TO DISMISS

Defendants, Governor of the State of Tennessee Bill Lee, Director of the Tennessee Bureau of Investigation David B. Rausch, Tennessee Attorney General and Reporter Jonathan Skrmetti, and Commissioner of the Tennessee Department of Correction Frank Strada, hereby move to dismiss Plaintiffs' complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

Dismissal is appropriate for three separate reasons. *First*, sovereign immunity bars all claims against Defendants Lee, Skrmetti, and Strada. Defendant Rausch also enjoys sovereign immunity because he does not enforce the exclusion zones and reporting requirements at issue in Plaintiffs' allegations.

1

*Second*, OUTMemphis lacks organizational standing to press either its constitutional or Americans with Disabilities Act ("ADA") claims. Moreover, because Defendants Lee, Skrmetti, and Strada do not enforce the statutes at issue, no Plaintiff has standing to sue them. And finally, Plaintiffs lack standing to sue Defendant Rausch because his limited role is administration and publishing of the Tennessee sex offender registry, which Plaintiffs have not placed at issue.

*Third*, Plaintiffs fail to state either a valid ADA or constitutional claim. A plain reading of the ADA's statutory language demonstrates that OUTMemphis does not have a cause of action under the ADA. And to apply the ADA in the manner sought by Plaintiffs—to invalidate Tennessee's aggravated prostitution statute and the sex offender registry requirement—would exceed the constitutional authority Congress relied upon enacting the ADA. For their constitutional claims, Plaintiffs cannot demonstrate that the challenged statutes fail rational basis review. Tennessee's decision to safeguard the public health by punishing those who knowingly engage in prostitution—a method of transmission not disputed by Plaintiffs—more than passes rational basis muster. For their equal protection claim, Plaintiffs fail to point to a similarly situated comparator. The aggravated prostitution statute is not discriminatory because it criminalizes *knowing* conduct, not *being* HIV positive. Finally, Plaintiffs fail to state valid Eighth Amendment or Ex Post Facto claims. The only permissible defendant for these claims is Defendant Rausch, but his responsibilities are limited to maintaining and publishing the nonpunitive sex offender registry, duties which are neither punitive nor retroactive to the Jane Doe Plaintiffs.

Accordingly, for these reasons, as set forth in the accompanying memorandum of law, all of Plaintiffs' claims against Defendants should be dismissed.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ John R. Glover*
JOHN R. GLOVER (BPR# 037772)
Assistant Attorney General
CODY N. BRANDON (BPR# 037504)
Managing Attorney
Assistant Attorney General
DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General
Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-2552
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Rudolph@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 12th day of January, 2024, upon:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alexis Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclu.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org

                                                                 s/ *John R. Glover*
                                                                 JOHN R. GLOVER