# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE #2; JANE DOE #3; and JANE DOE #4,<br><br>　　　Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation; and FRANK STRADA, in his official capacity as Commissioner of the Tennessee Department of Correction,<br><br>　　　Defendants. | No. 2:23-cv-2670-SHL-cgc |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT

Before the Court is Defendants' Motion to Dismiss, filed January 12, 2024. (ECF No. 59.) On February 1, 2024, Plaintiffs filed an Amended Complaint. (ECF No. 62.) Because an "'amended complaint supersedes the original complaint, thus making the motion to dismiss the original complaint moot,'" Defendants' Motion to Dismiss is **DENIED** as moot. Klein by Klein v. Caterpillar Inc., 581 F. Supp. 3d 912, 919 (E.D. Mich. 2022) (quoting Ky. Press Ass'n v. Kentucky, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005)).

**IT IS SO ORDERED,** this 2nd day of February, 2024.

　　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE