# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

OUTMEMPHIS; MICHELLE
ANDERSON; JANE DOE 2; JANE DOE
3; and JANE DOE 4,

     **Plaintiffs,**

**v.**

**BILL LEE, in his official capacity as
Governor of Tennessee, JONATHAN
SKRMETTI, in his official capacity as
Attorney General and Reporter of
Tennessee; DAVID RAUSCH, in his
official capacity as Director of the
Tennessee Bureau of Investigation; and
FRANK STRADA, in his official capacity
as Commissioner of the Tennessee
Department of Corrections**

     **Defendants.**

     Case Nos. **2:23-cv-2670**
                  **2:24-cv-2101**

UNITED STATES OF AMERICA,

**Plaintiff,**

**CHIEF JUDGE LIPMAN**

**v.**

**STATE OF TENNESSEE, and
TENNESSEE BUREAU OF
INVESTIGATION,**

**Defendants**

1

**NOTICE OF SERVICE OF PLAINTIFF UNITED STATES' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS STATE OF TENNESSEE AND TENNESSEE BUREAU OF INVESTIGATION**

Notice is hereby given that Plaintiff United States served Defendants State of Tennessee and Tennessee Bureau of Investigation with Plaintiff's First Set of Requests for Production on July 22, 2024.

Respectfully submitted,

Dated: July 22, 2024

REBECCA B. BOND
Chief

*/s/ Anna G. Bobrow*
KEVIN J. KIJEWSKI
Deputy Chief
STEPHANIE M. BERGER
NY Bar #5201439
ALI N. SZEMANSKI
PA Bar #327769
ANNA G. BOBROW
DC Bar #1743249
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
202-307-0663
Stephanie.Berger@usdoj.gov
Ali.Szemanski@usdoj.gov
Anna.Bobrow@usdoj.gov

*Counsel for Plaintiff United States of America*

2

## CERTIFICATE OF SERVICE

I certify that on July 22, 2024, I served the foregoing document by electronic mail upon counsel of record identified below:

Cody N. Brandon
Managing Attorney
Assistant Attorney General

David M. Rudolph
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892

Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov
*Counsel for Defendants*

Alexis Agathocleous
Alexis Alvarez
Jon W. Davidson
Rachel Meeropol
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Stella Yarbrough
Jeff Preptit
Lucas Cameron-Vaughn
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes
Milo Inglehart
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiffs OUTMemphis, Michelle Anderson, Jane Doe 2, Jane Doe 3, and Jane Doe 4*

*/s/ Anna G. Bobrow*
Anna G. Bobrow