IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OUTMemphis, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-CV-2670 |
| Lee, et. al. | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF OUTMEMPHIS**

Pursuant to Local Rule 83.5, attorney Milo Inglehart, who is one of the counsel for the sole remaining plaintiff, OUTMemphis, hereby moves to withdraw from representation of OUTMemphis in this case and in support shows as follows:

1.      The undersigned, Milo Inglehart, previously entered an appearance as counsel for plaintiff OUTMemphis in this case.

2.      Mr. Inglehart is leaving the employment of Transgender Law Center for a different employment opportunity.

3.      Attorneys Lynly Egyes and Dale Melchert of Transgender Law Center; Rachel Meeropol, Alexis Agathocleous, Alexis Alvarez, and Jon Davidson of the American Civil Liberties Union (who are all admitted Pro Hac Vice in this case); and Stella Yarborough and Lucas Cameron-Vaughn of the ACLU Foundation of Tennessee (who are members of this Court's bar) also are counsel of record for plaintiff OUTMemphis in this case and, will continue to represent it after Mr. Inglehart leaves the employment of

Transgender Law Center.

4. Mr. Inglehart's withdrawal from the case will not delay any action in the case.

5. Counsel for Defendant have been informed of Mr. Inglehart's departure and do not oppose this motion.

6. Plaintiff OUTMemphis has been informed of Mr. Inglehart's departure and, as indicated by the signature of its Chief Executive Officer Molly Quinn below, has approved his doing so. The address of OUTMemphis is 892 Cooper St., Memphis, TN 38104. The phone number of OUTMemphis is (901) 278-6422.

7. A proposed order granting this motion is being submitted as directed by this Court's Local Rules of Court.

WHEREFORE, it is respectfully requested that attorney Milo Inglehart be granted leave to withdraw as counsel for plaintiff OUTMemphis in this matter.

Respectfully submitted, this the 8th day of September, 2025.

*/s/ Milo Inglehart*
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11 Brooklyn, NY 11238
Phone: (510) 587-9696 Ext. 353
Milo@transgenderlawcenter.org

ATTORNEY FOR PLAINTIFF OUTMemphis

## APPROVAL OF WITHDRAWAL

Plaintiff OUTMemphis approves the withdrawal of Milo Inglehart as one of its counsel in this case.

_____
Molly Quinn
Chief Executive Officer of OUTMemphis

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(B), counsel for Plaintiff Milo Inglehart notified counsel for Defendants Cody Brandon via email, of his departure from Transgender Law Center and his intent to file this Motion to Withdraw as Counsel.  Counsel for Defendants, Mr. Brandon, responded that Defendants do not oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025 a true and correct copy of the foregoing document has been served via the Court Electronic Case Filing system to:

Attorneys for Defendants,

**Cody Nash Brandon**
TENNESSEE ATTORNEY GENERAL'S OFFICE
Attorney General's Office
P.O.Box 20207
Nashville, TN 37202-0207
615-532-7400
Email: cody.brandon@ag.tn.gov

**David M. Rudolph**
TENNESSEE ATTORNEY GENERAL'S OFFICE
One Commerce Square
40 South Main Street

Suite 1014
Memphis, TN 38103-1877
901-543-4162
Email: David.Rudolph@ag.tn.gov

**Steven James Griffin**
OFFICE OF THE TENNESSEE ATTORNEY GENERAL AND REPORTER
P.O. Box 20207
Nashville, TN 37202
615-741-9598
Email: steven.griffin@ag.tn.gov

/s/ Milo Inglehart
Milo Inglehart
