**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  April 21, 2026

Mr. Cody Nash Brandon
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Jr. Boulevard
Suite 3214
Nashville, TN 37243

Mr. Lucas Cameron-Vaughn
ACLU of Tennessee
P.O. Box 120160
Nashville, TN 37212

> Re:  Case No. 26-5346
> *OUTMemphis, et al v. Jonathan Skrmetti*
> Originating Case No. 2:23-cv-02670

Dear Counsel,

   This appeal has been docketed as case number **26-5346** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **May 5, 2026**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:    Appearance of Counsel
              Civil Appeal Statement of Parties & Issues
              Disclosure of Corporate Affiliations
              Application for Admission to 6th Circuit Bar (if applicable)


Appellee:     Appearance of Counsel
              Disclosure of Corporate Affiliations
              Application for Admission to 6th Circuit Bar (if applicable)


If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Kelly Stephens

Appeal Case Manager: Michelle on behalf of Robin
Direct Dial No. 513-564-7014


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5346**

OUTMEMPHIS

      Plaintiff - Appellee

v.

JONATHAN THOMAS SKRMETTI, In his official capacity as the Attorney General and Reporter of Tennessee

      Defendant - Appellant