### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| OUTMEMPHIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:23-cv-2670-SHL-cgc |
| JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee, | ) | |
| | ) | |
| | ) | |
|     Defendant. | ) | |

### ORDER GRANTING UNOPPOSED MOTION TO STAY

Before the Court is Attorney General Jonathan Skrmetti's Unopposed Motion to Stay, filed April 20, 2026.  (ECF No. 178.)  Skrmetti asks the Court to "continue its stay of discovery against him pending his appeal of the Court's denial of his motion to dismiss."  (Id. at PageID 2107.)  The Court previously stayed discovery against Skrmetti while considering the motion to dismiss.  (Id. (citing ECF No. 98 at PageID 969).)  Because Skrmetti "intends to preserve his immunity through his appeal," he seeks a further stay of discovery.  (Id.)  Plaintiff OUTMemphis does not oppose the Motion.  (Id. at PageID 2108.)

For good cause shown, the Motion is **GRANTED**.  Discovery is stayed during the pendency of Skrmetti's appeal.  The Parties are instructed to file a status report within thirty days of the resolution of the appeal.

**IT IS SO ORDERED,** this 21st day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE